155 So.2d 602

**Clyde CARTER**

v.

**STATE.**

**3 Div. 42.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Clyde Carter for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Carter v. State, 155 So.2d 602.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

155 So.2d 533

**Ray COCHRAN**

v.

**STATE.**

**4 Div. 172.**

Supreme Court of Alabama.

July 11, 1963.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

J. Hubert Farmer, Dothan, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Cochran v. State, 155 So.2d 530.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.